UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RATCLIFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. AKANNO, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00584-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>[ECF No. 4] |

　　　Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on May 5, 2016.  Local Rule 302.

　　　On the same date as the instant complaint was filed, Plaintiff filed a separate motion for a preliminary injunction.

　　　Plaintiff seeks a preliminary injunction directing prison officials to reinstate his lower bunk chrono.  Plaintiff indicates that on January 7, 2014, his primary care provider discontinued his lower bunk chrono.  On July 22, 2016, the Court dismissed Plaintiff's complaint, with leave to amend, for failure to state a cognizable claim, and Plaintiff filed an amended complaint on August 22, 2016- which will be screened in due course.  At the present time, Plaintiff has no cognizable claim pending before the Court and therefore cannot show a likelihood of success on the merits or that he has raised any serious questions going to the merits of a cognizable claim.  Accordingly, Plaintiff has not made

the showing required to meet his burden as the party moving for preliminary injunctive relief, and his motion for a preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated: **August 29, 2016**

UNITED STATES MAGISTRATE JUDGE