# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RATCLIFF,<br><br>        Plaintiff,<br><br>        v.<br><br>J. AKANNO, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00584-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT OGUN OMOLADE<br><br>[ECF Nos. 26, 28] |

Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants J. Akanno, M. Spaeth, Ogun Omolade, A. Rangel, and A. Manasrah for deliberate indifference to Plaintiff's health and safety in violation of the Eighth Amendment.

On May 17, 2017, Defendants A. Manasrah, A. Rangel, and M. Spaeth filed an answer to the complaint. (ECF No. 25.)

On May 18, 2017, the Court issued the discovery and scheduling order. (ECF No. 26.)

On June 6, 2017, Defendant Ogun Omolade filed an answer to the complaint. (ECF No. 28.)

Defendant A. Akanno waived service of the summons and complaint, but has not yet filed a respond to the complaint. (ECF No. 24.)

///

1

1    Inasmuch as Defendant Ogun Omolade filed an answer to the complaint after the issuance of

2    the discovery and scheduling order, the May 18, 2017, order is extended and made applicable

3    Defendant Ogun Omolade and all provisions set forth therein remain in full force and effect.

4

5    IT IS SO ORDERED.

6    Dated:    **June 9, 2017**

7                                                    UNITED STATES MAGISTRATE JUDGE