**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM RATCLIFF, | ) Case No.: 1:16-cv-00584-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S MOTION FOR COPIES OF INMATE APPEALS AND DISCHARGING ORDER TO SHOW CAUSE, ISSUED JULY 24, 2017 |
| J. AKANNO, et al., | ) |
| Defendants. | ) [ECF Nos. 33, 35] |
| | ) |

Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a copy of his inmate appeals, filed July 31, 2017. Plaintiff requests that the Court return a copy of his original inmate appeals which were submitted on April 10, 2017, along with the service of process forms. Plaintiff also requests the status of service of Defendant Dr. Akanno.

Plaintiff is advised that the Court does not retain a copy of the inmate appeals which are submitted to assist with service of process by the United States Marshal. Therefore, the Court cannot return a copy of the original inmate appeals.

With regard to Defendant Dr. Akanno, the Court's docket reflects that Defendant Dr. Akanno has been served with a copy of the complaint. On July 24, 2017, the Court issued an order why entry of default should not be entered against Defendant Dr. Akanno. On July 26, 2017, Deputy Attorney

1

General Catherine Woodbridge (who represents all the other named Defendants in this action), filed a declaration indicating that Dr. Akanno terminated his employment with the California Department of Corrections and Rehabilitation effective December 12, 2016.  (Declaration of Catherine Woodbridge ¶ 3 (Woodbridge Decl.).)  Ms. Woodridge further declares as follows:

> According to the Litigation Coordinators at Kern Valley State Prison and Corcoran State Prison where Dr. Akanno was last employed, Dr. Akanno was not served at either facility by the marshal's office with summons and complaint.  The Office of the Attorney General therefore did not receive a request for representation through CDCR on behalf of Dr. Akanno.
>
> On July 24, 2017, I attempted to contact Dr. Akanno via email regarding the July 24, 2017 Order.  Today, I received a request for representation from him.
>
> The Office of the Attorney General is requesting the California Department of Corrections and Rehabilitation obtain outside counsel to represent Dr. Akanno in this matter.
>
> The Office of the Attorney General will make all efforts necessary to ensure that Dr. Akanno files a responsive pleading no later than August 23, 2017, as indicated in the July 24, 2017, Order on OSC.

(Woodbridge Decl. ¶¶ 3-6.)  In light of the declaration filed by Deputy Attorney General Catherine Woodbridge, the Court will discharge the order to show cause issued July 24, 2017.

Based on the foregoing, it is HEREBY ORDERED that:

1.      Plaintiff's motion for a return copy of his inmate appeals is denied; and

2.      The Court's July 24, 2017, order to show cause is discharged.

IT IS SO ORDERED.

Dated:    **August 1, 2017**

_____
UNITED STATES MAGISTRATE JUDGE