UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RATCLIFF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. AKANNO, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00584-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY FOR DEFAULT<br><br>[ECF No. 37] |

　　　　Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for entry of default against Defendant Dr. Akanno, filed August 4, 2017.

　　　　Rule 55(a) of the Federal Rules of Civil Procedure requires the Clerk of the Court to enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

　　　　With regard to Defendant Dr. Akanno, the Court's docket reflects that Defendant Dr. Akanno has been served with a copy of the complaint. On July 24, 2017, the Court issued an order why entry of default should not be entered against Defendant Dr. Akanno. On July 26, 2017, Deputy Attorney General Catherine Woodbridge (who represents all the other named Defendants in this action), filed a declaration indicating that Dr. Akanno terminated his employment with the California Department of

1

Corrections and Rehabilitation effective December 12, 2016.  (Declaration of Catherine Woodbridge ¶ 3 (Woodbridge Decl.).)  Ms. Woodbridge further declared she has received a request for representation from Dr. Akanno and the Office of the Attorney General is currently in the process of obtaining outside counsel to represent Dr. Akanno.  (Woodbridge Decl. ¶¶ 4-5.)  In light of Ms. Woodbridge's declaration, the Court discharged the order to show cause on August 1, 2017. Accordingly, at the present time there is no basis to enter default against Dr. Akanno.

IT IS SO ORDERED.

Dated:   **August 7, 2017**

UNITED STATES MAGISTRATE JUDGE