# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RATCLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>J. AKANNO, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00584-SAB (PC)<br><br>ORDER DIRECTING THAT DEFENDANT DR. AKANNO FILE A RESPONSE TO THE COMPLAINT WITHIN THIRTY DAYS |

Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 24, 2017, the Court issued an order why entry of default should not be entered against Defendant Dr. Akanno. On July 26, 2017, Deputy Attorney General Catherine Woodbridge (who represents all the other named Defendants in this action), filed a declaration indicating that Dr. Akanno terminated his employment with the California Department of Corrections and Rehabilitation effective December 12, 2016. (Declaration of Catherine Woodbridge ¶ 3 (Woodbridge Decl.).) Ms. Woodbridge further declared she has received a request for representation from Dr. Akanno and the Office of the Attorney General is currently in the process of obtaining outside counsel to represent Dr. Akanno. (Woodbridge Decl. ¶¶ 4-5.) In light of Ms. Woodbridge's declaration, the Court discharged

///

///

1

The order to show cause on August 1, 2017.  Dr. Akanno is HEREBY ORDERED to file a response to the complaint within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 8, 2017**

UNITED STATES MAGISTRATE JUDGE