# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RATCLIFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. AKANNO, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-00584-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AS TO DEFENDANT DR. AKANNO<br><br>[ECF No. 46] |

　　　　Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 18, 2017, Plaintiff filed a motion for entry of default as to Defendant Dr. Akanno. Plaintiff's motion must be denied.

　　　　Rule 55(a) of the Federal Rules of Civil Procedure requires the Clerk of the Court to enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

　　　　Inasmuch as Defendant Dr. Akanno filed a timely answer to the complaint on September 6, 2017, Plaintiff's motion for entry of default is denied as moot. (ECF Nos. 39, 44.)

IT IS SO ORDERED.

Dated: __September 21, 2017__　　　　　　　　　__/s/ Stanley A. Boone__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1