# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RATCLIFF,<br><br>    Plaintiff,<br><br>v.<br><br>J. AKANNO, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00584-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S SEPTEMBER 27, 2017, ORDER AND RESPOND TO DEFENDANTS' DISCOVERY REQUESTS<br><br>[ECF No. 49] |

Plaintiff William Ratcliff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion entitled "motion for a protective order," construed by the Court as a motion for an extension of time to comply with the Court's September 27, 2017, order and respond to Defendants' discovery requests.

Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to comply with the Court's September 27, 2017, order and respond to Defendants' discovery requests.

IT IS SO ORDERED.

Dated: __October 17, 2017__

UNITED STATES MAGISTRATE JUDGE

1